UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SUSAN CUEVAS, ET AL            CIVIL ACTION

VERSUS            NUMBER 07-477-FJP-DLD

ZURICH AMERICAN INSURANCE
COMPANY, ET AL

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have ten days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Baton Rouge, Louisiana, this ___4th___ day of December, 2007.

_____
MAGISTRATE JUDGE DOCIA L. DALBY

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN CUEVAS, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 07-477-FJP-DLD |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL | |

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 DEC -4 P 4: 15

BY DEPUTY CLERK

## REPORT AND RECOMMENDATION

The court *sua sponte* noted that a defendant recently added to the litigation is non-diverse from the plaintiffs. That is, plaintiffs, Susan Cuevas and Vernell Hoda are citizens of Mississippi, as is defendant Willie Adams. The basis of jurisdiction in this matter, which was originally filed in this court on July 9, 2007, is 28 U.S.C. §1332, diversity jurisdiction. The plaintiffs have amended their complaint to join Willie Adams, who was the driver of a truck that allegedly caused, at least in part, the collision of February 1, 2007, that caused the plaintiffs' injuries.

The addition of a non-diverse defendant who is alleged to have caused the accident sued upon has destroyed the diversity jurisdiction of this court. Therefore,

**IT IS THE RECOMMENDATION** of the court that this matter be **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION.**

Baton Rouge, Louisiana, this 4th day of December, 2007.

_____
MAGISTRATE JUDGE DOCIA L. DALBY